No. 91–6030. GRABILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6031. GROVES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6034. MICHEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6036. PENNINGTON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6040. NOLLEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–1828. UNITED STATES v. DAILY ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 91–99. CURTIS v. UNITED STATES. Ct. Mil. App. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 91–195. UNITED STATES v. WHITNEY BENEFITS, INC., ET AL. C. A. Fed. Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari.

No. 90–1835. RUST ENGINEERING CO., INC. v. CAMPBELL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE O'CONNOR would grant certiorari.

No. 90–1883. NURSE MIDWIFERY ASSOCIATES ET AL. v. HENDERSONVILLE COMMUNITY HOSPITAL ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–293. SOUTHERN PACIFIC TRANSPORTATION CO. v. HERNANDEZ. Ct. App. Tex., 4th Dist. Certiorari denied. JUSTICE WHITE would grant certiorari.

No. 91–431. MURPHY v. KLEIN TOOLS, INC. C. A. 10th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari.